**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

AUG 1 4 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

NORMAN B. CALVERT,                    )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )          Civil Action No. 09-1560
                                      )
UNITED STATES OF AMERICA, *et al.*,   )
                                      )
          Defendants.                 )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). To date plaintiff has not submitted the required financial information. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: 8/10/12